United States District Court
Southern District of Texas
**ENTERED**
April 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NELSON JOSE REYES LINAREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:26-cv-1978 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Before the Court are Petitioner Nelson Jose Reyes Linarez's Petition for Writ of Habeas Corpus (Dkt. 1), Respondents' Response and Motion for Summary Judgment (Dkt. 6), and Petitioner's Emergency Motion for Release Pending Resolution of Petition (Dkt. 7). The Court requires more information to rule on the pending petition and motions. Accordingly, Petitioner is hereby **ORDERED** to file a response to Respondents' Motion for Summary Judgment, which includes additional briefing addressing the following:

a) Specific details about Petitioner's Temporary Protected Status (TPS), including supporting documentation of his current status as well as his status at the time of initial detention;

b) The Department of Homeland Security's termination of its designation of Venezuela for TPS in 2025, and the Supreme Court's opinion allowing the termination to take immediate effect. *See* Termination of the 2021 Designation of Venezuela for Temporary Protected Status, 90 Fed. Reg. 43225 (Sept. 8, 2025); *Noem v. Nat'l TPS All.*, 146 S. Ct. 23, 222 L.Ed.2d 1241 (2025) (staying district court's postponement of the effective date of the Venezuelan TPS removal);

c) The outcome of Petitioner's April 29, 2026 hearing in Immigration Court; and

d) Any additional information Petitioner deems relevant to the petition and motions.

Petitioner will submit this information within fourteen (14) days of this Order.

Respondents may then file a response within seven (7) days of Petitioner's submission.

SIGNED at Houston, Texas on ___April 30, 2026_____.

_____
DENA HANOVICE PALERMO
UNITED STATES MAGISTRATE JUDGE